**FILED**

UNITED STATES COURT OF APPEALS

JUL 29 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| JOSHUA MUNOZ, | No. 09-80067 |
|---|---|
| Plaintiff-Petitioner, | D.C. No. 2:09-cv-00833-ODW |
| v. | Central District of California, Los Angeles |
| J.C. PENNEY CORPORATION, INC.; et al., | ORDER |
| Defendants-Respondents. | |



Before: CANBY and THOMAS, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

AM/MOATT