Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Payam Shahian (SBN 228406)
PShahian@InitiativeLegal.com
Sue J. Kim (SBN 256392)
SKim@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiff Joshua Munoz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSHUA MUNOZ, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware corporation; J.C. PENNEY COMPANY, INC., and a Delaware corporation; DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  CV09-00833 ODW (VBKx)<br><br>Hon. Otis D. Wright II<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      June 7, 2010<br>Time:     1:30 p.m.<br>Place:     Courtroom 11<br><br>Filed:       May 19, 2008<br>Removed: February 3, 2009 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 7, 2010, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Central District of California, Western Division, before the Honorable Otis D. Wright II, Plaintiff Joshua Munoz ("Plaintiff") will, and hereby does, move this Court for entry of an Order and Judgment granting final approval to this class action settlement and all agreed-upon terms therein.  This Motion, unopposed by Defendants, seeks the approval of a settlement in which Defendants have agreed to pay a Total Settlement Amount of $7,500,000 to resolve this class action.  Specifically, Plaintiff requests that the Court grant final approval of:

- The Joint Stipulation of Settlement and Release, filed as Exhibit 1 to the Supplemental Declaration of Linh Hua in Support of Motion for Preliminary Approval of Class Action Settlement (Document No. 54);
- The payment of Class Representative Enhancement Award of $15,000 to Plaintiff and Class Representative, Joshua Munoz.
- The payment of agreed-upon reasonable attorneys' fees in the amount of $1,875,000 and reasonable costs in the amount of $75,000 to Initiative Legal Group APC;
- The allocation of $100,000 from the Total Settlement Amount as penalties in connection with claims under the California Private Attorneys General Act ("PAGA").  Pursuant to PAGA, 75% of this allocation, or $75,000, will go to the Labor Workforce Development Agency ("LWDA").  The remaining 25% of the allocation, or $25,000, will remain as part of the Net Settlement Amount for distribution to Participating Class Members; and
-  The payment of actual administrative expenses to the claims administrator, Rust Consulting, Inc., not to exceed $221,840.

1  This Motion is based upon this Notice of Motion and Motion; the
2  Memorandum of Points and Authorities in Support of Motion for Final Approval
3  of Class Action Settlement; the Declaration of Marc Primo in Support of
4  Plaintiff's Motion for Final Approval of Class Action Settlement; the
5  Declaration of Joshua Munoz in Support of Plaintiff's Motion for Final Approval
6  of Class Action Settlement; the Declaration of Jonathan Paul Regarding Motion
7  for Final Approval of Class Action Settlement, the [Proposed] Final Judgment
8  and Order of Dismissal; the records, pleadings, and papers filed in this action;
9  and upon such other documentary and/or oral evidence as may be presented to
10 the Court at the hearing of this Motion.

12 Dated:  May 10, 2010                    Respectfully submitted,
13                                         Initiative Legal Group APC

15                                         By: \S\ Marc Primo
                                               Marc Primo
16                                             Miriam L. Schimmel
                                               Payam Shahian
17                                             Sue J. Kim
18                                         Attorneys for Plaintiff Joshua Munoz