1  MARC PRIMO (SBN 216796)
   MPrimo@InitiativeLegal.cm
2  MIRIAM L. SCHIMMEL (SBN 185089)
   MSchimmel@InitiativeLegal.com
3  PAYAM SHAHIAN (SBN 228406)
   PShahian@InitiativeLegal.com
4  SUE J. KIM (SBN 256392)
   SKim@InitiativeLegal.com
5  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
6  Los Angeles, California 90067
   Telephone:  (310) 556-5637
7  Facsimile:  (310) 861-9051

8  Attorneys for Plaintiff Joshua Munoz

9

10 JENNIFER B. ZARGAROF (SBN 204382)

   JULIE WONG (SBN 247342)
11
   **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
12 333 South Hope Streeet, 48th Floor
   Los Angeles, California 90017
13 Telephone: (213) 620-1780
   Facsimile: (213) 620-1398
14

15 Attorneys for Defendants J.C. Penney Corporation, Inc.
   and J.C. Penney Company, Inc.
16
                    UNITED STATES DISTRICT COURT
17
                   CENTRAL DISTRICT OF CALIFORNIA
18
   JOSHUA MUNOZ, individually, and on ) Case No.: CV09-00833 ODW (VBKx)
19 behalf of other members of the general )
   public similarly situated,            ) Hon. Otis D. Wright II
20                                        )
                                          ) CLASS ACTION
21            Plaintiff,                   )
22       v.                               ) **DECLARATION OF JONATHAN**
                                          ) **PAUL REGARDING MOTION FOR**
23 J.C. PENNEY CORPORATION, INC., a       ) **FINAL APPROVAL OF CLASS**
   Delaware corporation; J.C. PENNEY      ) **ACTION SETTLEMENT**
24 COMPANY, INC., and a Delaware          )
   corporation; DOES 1 through 10,        )
25 inclusive,                             )
                                          )
26                                        )
                                          )
27            Defendants.                 )
                                          )
28

DECLARATION OF JONATHAN PAUL REGARDING MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT

# DECLARATION OF JONATHAN PAUL

I, Jonathan Paul, declare as follows:

1.      I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2088. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself. I submit this declaration regarding the motion for final approval of class action settlement.

2.      Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 2,500 cases. Of these, more than 900 were Labor & Employment cases.

3.      Rust was engaged by counsel for Plaintiff and Defendants to provide notification services in the *Joshua Munoz v. J.C. Penney Corporation, Inc., et al.* Settlement (the "Settlement"). Duties have, and if the Court grants final approval of the Settlement, will include: a) preparing, printing and mailing of the *Notice of Class Action Settlement and Final Fairness Hearing* ("Notice"), and *Claim Form / FLSA Opt-In Form* ("Claim Form") (collectively the "Class Notice"); b) receiving and reviewing the Claim Forms submitted by Class Members; c) tracking of requests for exclusion; d) drafting and mailing Settlement Award checks to Class Members; and for such other tasks as the parties mutually agree or the Court orders Rust to perform.

4.      Rust obtained a mailing address of *Munoz v. JCPenney Claims Administrator*, c/o Rust Consulting, Inc., P.O. Box 132, Minneapolis, Minnesota

Page 1

DECLARATION OF JONATHAN PAUL REGARDING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1  55440-0132 to receive Claim Forms, requests for exclusion and undeliverable Class

2  Notices.

3      5.     Rust obtained a phone number of (800) 598-3039 for Class Members to

4  call with questions regarding the Settlement.

5      6.     On or about January 27, 2010, Rust received text for the Class Notice

6  from Class Counsel.  A draft of the Class Notice was prepared by Rust and approved

7  by the parties.

8      7.     On or about February 2, 2010, counsel for Defendants provided Rust

9  with mailing lists (the "Class List") containing the Class Members names, last

10  known addresses, Social Security Numbers, phone numbers and the number of

11  weeks worked during the Class Period.  The Class List contained data for 71,471

12  potential Class Members.

13      8.     The mailing addresses contained in the Class List were processed and

14  updated utilizing the National Change of Address Database ("NCOA") maintained

15  by the U.S. Postal Service.  The NCOA contains requested changes of address filed

16  with the U.S. Postal Service.  In the event that any individual had filed a U.S. Postal

17  Service change of address request, the address listed with the NCOA would be

18  utilized in connection with the mailing of the Class Notice.

19      9.     On February 19, 2010, Class Notices were mailed to 71,471 Class

20  Members contained in the Class List via First Class mail.  The Class Notice advised

21  Class Members that they could submit a Claim Form or request for exclusion post-

22  marked by April 30, 2010.

23      10.    On March 16, 2010, reminder postcards were mailed to 66,997 Class

24  Members who had not submitted a Claim Form or a request for exclusion as of that

25  date.  The postcard served as a reminder of the postmark deadline of April 30, 2010

26  for Claim Forms and requests for exclusion, estimated gross award and also

27  provided the phone number for the Claims Administrator.

28

Page 2

DECLARATION OF JONATHAN PAUL REGARDING MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT

11.   On or about March 16, 2010, an outbound calling campaign was initiated to attempt to contact 44,399 Class Members who had not submitted a Claim Form or a request for exclusion as of that date.  The outbound calling served as a reminder of the postmark deadline of April 30, 2010 for Claim Forms and requests for exclusion and also provided the phone number for the Claims Administrator.

12.   As of this date, 11 self-identifying Class Members, who were not included in the Class List, have contacted Rust to request inclusion in the Settlement Class.  Information regarding these 11 self-identifying Class Members was forwarded to counsel for Defendants for research to determine if the self-identifying Class Members should be included in the Class List.  Of the 11 self-identifyng Class Members, it has been determined that 7 self-identifying Class Members should not be added to the Class List and counsel for Defendants is currently researching the other four 4 self-identifying Class Members.

13.   As of May 5, 2010, Rust has received 8,615 undeliverable Class Notices.  Of the 8,615 undeliverable Class Notices, Rust performed address traces on 8,615 undeliverable Class Notices.  The address trace utilizes the Class Member's name, previous address and Social Security number for locating a current address.  Of the 8,615 traces performed, 7,146 updated addresses were obtained and Class Notices, with the extended postmark deadline of May 28, 2010, were promptly re-mailed to those Class Members via First Class mail.  Of the 7,146 updated addresses mailed to from trace, 1,445 were returned as undeliverable.

14.   As of May 5, 2010, 428 Class Notices were returned by the Post Office with forwarding addresses attached.  Class Notices, with the extended postmark deadline of May 28, 2010, were promptly re-mailed to those Class Members via First Class mail.

DECLARATION OF JONATHAN PAUL REGARDING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

15. As of May 5, 2010, Rust has received 1,093 re-mail requests for the Class Notice from Class Members. Class Notices were promptly re-mailed to those Class Members via First Class mail.

16. Rust is responsible for receipt of all Claim Forms for the Settlement. As of May 5, 2010, Rust has received 11,717 Claim Forms. Of the 11,717 Claim Forms received, 336 Class Members submitted Claim Forms with incomplete information and were sent a letter and asked to supply the missing information. Of the 336 who were sent letters, 198 resolved the deficiencies and 138 remain deficient. Of the 11,717 Claim Forms received, 18 Class Members are deceased and have been sent a Beneficiary Declaration Form. Of the 18 deceased Class Members, 15 have returned the completed Beneficiary Declaration Form. Of the 11,717 Claim Forms received, 188 Class Members disputed the employment information provided by the Defendant. Of these disputed claims, all are currently under review. Therefore, of the 11,717 Claim Forms received, 11,579 are considered valid and timely and 138 are considered invalid and untimely. The number of valid and timely postmarked Claim Forms represents approximately 16.20% of Class Members. The timely postmarked Claim Forms represents approximately $1,808,014.71, which is approximately 32.19% of the maximum potential value of the Net Settlement Fund. Of the 11,579 valid and timely Claim Forms, $453.81 is the estimated highest gross amount claimed and the estimated average gross amount claimed is $156.15. The timely postmarked Claim Forms also represent 384,889 Pre-work weeks claimed out of a total of 1,151,321 total Pre work weeks and 766,283 Post-work weeks claimed out of a total of 2,342,121 total Post work weeks for the Class.

17. Rust is also responsible for receipt of all requests for exclusion for the Settlement. As of May 5, 2010, Rust has received 211 requests for exclusion. Of the requests for exclusion received, 187 are considered valid and timely, none are

Page 4

1 untimely, and 24 are deficient because they omit required information. The 24

2 Class Members have been sent a letter asking them to cure their deficiencies. None

3 have responded as yet.

4      18.    I declare under penalty of perjury under the laws of the State of

5 California and the United States that the above is true and correct to the best of my

6 knowledge and that this Declaration was executed this 10th day of May 2010, at

7 Minneapolis, MN.

8

9

10                                            JONATHAN PAUL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JONATHAN PAUL REGARDING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT