Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Payam Shahian (SBN 228406)
PShahian@InitiativeLegal.com
Sue J. Kim (SBN 256392)
SKim@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Joshua Munoz

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSHUA MUNOZ, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

vs.

J.C. PENNEY CORPORATION, INC., a Delaware corporation; J.C. PENNEY COMPANY, INC., and a Delaware corporation; DOES 1 through 10, inclusive,

Defendants.

Case No.: CV09-00833 ODW (VBKx)

Hon. Otis D. Wright II

CLASS ACTION

**COMPENDIUM OF CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Date: September 13, 2010
Time: 1:30 p.m.
Place: Courtroom 11

Filed: May 19, 2008
Removed: Februarv 3. 2009

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

Plaintiff respectfully submits the following declarations in support of his Motion for Final Approval of Class Action Settlement:

| EXHIBIT NO. | DEC. NO. | DECLARANT | PAGE |
|---|---|---|---|
| A. | 1. | Carolyn Adams | 7 |
| A. | 2. | Carmen Aguilar | 10 |
| A. | 3. | Annais Alba | 12 |
| A. | 4. | Francisco Alejo | 14 |
| A. | 5. | Aguila Alfino | 16 |
| A. | 6. | Theresa Amofa | 19 |
| A. | 7. | Antoinette Andes | 22 |
| A. | 8. | Manuel Andrade | 25 |
| A. | 9. | Christina Andrews | 28 |
| A. | 10. | Yadira Ayala | 30 |
| A. | 11. | Josephine Ayscue | 33 |
| A. | 12. | Eva Bachman | 36 |
| A. | 13. | Darlynn Ophelia Bailey | 39 |
| A. | 14. | Frances Jacobs Bailey | 41 |
| A. | 15. | Jasmine Barraza | 44 |
| A. | 16. | Negar Bazargano | 46 |
| A. | 17. | Kristyn Bliss | 49 |
| A. | 18. | Cassandra Boggus | 52 |
| A. | 19. | Jeanette Bonner | 55 |
| A. | 20. | Alicia Brasil | 57 |
| A. | 21. | Sean Burt | 60 |
| A. | 22. | Vanica Caco | 63 |
| A. | 23. | Nedra Dean Campbell Downs | 65 |
| A. | 24. | Maria Carvajal | 68 |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

| EXHIBIT NO. | DEC. NO. | DECLARANT | PAGE |
|---|---|---|---|
| A. | 25. | Veronica Chavez | 71 |
| A. | 26. | Michael Cooper | 73 |
| A. | 27. | Candy Crouch | 76 |
| A. | 28. | Cathleen Cruz | 79 |
| A. | 29. | Claudia Cumplido | 81 |
| A. | 30. | Eric Devezin | 84 |
| A. | 31. | Gerard Digiovanni | 87 |
| A. | 32. | Alexander Doss | 89 |
| A. | 33. | Audra Eneix | 92 |
| A. | 34. | Narda Erickson | 95 |
| A. | 35. | Leslie Esquivel | 98 |
| A. | 36. | Fanny Evans | 101 |
| A. | 37. | Ebony Flewellen | 104 |
| A. | 38. | Cassy Flores | 107 |
| A. | 39. | Phelia Gaines | 110 |
| A. | 40. | Cindy Gappy | 113 |
| A. | 41. | Abel Garcia | 116 |
| A. | 42. | David Anthony Garcia | 118 |
| A. | 43. | Karla Garcia | 120 |
| A. | 44. | Stella V. Garza | 122 |
| A. | 45. | Richere Lyn Gauthier | 125 |
| B. | 46. | Jaracee Gilbert | 128 |
| B. | 47. | Crystal Giles | 131 |
| B. | 48. | Ann Griego | 134 |
| B. | 49. | Margarita Grimes | 137 |
| B. | 50. | Jennifer Guerrero-Vasquez | 140 |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

| EXHIBIT NO. | DEC. NO. | DECLARANT | PAGE |
|---|---|---|---|
| B. | 51. | Jared Herbert | 142 |
| B. | 52. | Issac Hernandez | 145 |
| B. | 53. | Maricela Hernandez | 148 |
| B. | 54. | Nicole Herrera | 151 |
| B. | 55. | Darlene Hill | 154 |
| B. | 56. | Andrew Mark Hooper | 157 |
| B. | 57. | Marcella Hooten | 159 |
| B. | 58. | Afifi Houda | 162 |
| B. | 59. | Luis Huete | 164 |
| B. | 60. | Jeannette Jackson | 167 |
| B. | 61. | Monica Jenkins | 169 |
| B. | 62. | Lisa Jones | 172 |
| B. | 63. | Gursimran Kaur | 175 |
| B. | 64. | Whitley Killian | 178 |
| B. | 65. | Claire R. Kindel | 180 |
| B. | 66. | Yoseph Ahmad Lamar | 183 |
| B. | 67. | Marlo Laws | 186 |
| B. | 68. | Pamela Lazalde | 189 |
| B. | 69. | Jacqueline Lemus | 191 |
| B. | 70. | Donna Lopez | 194 |
| B. | 71. | Lynne Lopez | 197 |
| B. | 72. | Rita Lopez | 200 |
| B. | 73. | Helen Lott | 203 |
| B. | 74. | Ruben Luna Jr. | 205 |
| B. | 75. | Leticia Macias | 208 |
| B. | 76. | Annette Marino | 211 |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

| EXHIBIT NO. | DEC. NO. | DECLARANT | PAGE |
|---|---|---|---|
| B. | 77. | Deborah Marks | 213 |
| B. | 78. | John Martelle Jr. | 215 |
| B. | 79. | Titiana Martin | 218 |
| B. | 80. | Mario Martinez | 221 |
| B. | 81. | Debra Jean Massadeh | 224 |
| B. | 82. | Peggy McClain | 227 |
| B. | 83. | Patricia McClintock | 230 |
| B. | 84. | Mark McMillian | 233 |
| B. | 85. | Carla Mendonza | 236 |
| B. | 86. | Ashley Meyer | 239 |
| B. | 87. | Baby Norleen Miguel | 242 |
| B. | 88. | Tamela Miles | 244 |
| B. | 89. | Annette Miranda | 247 |
| B. | 90. | Clyde Montgomery | 250 |
| C. | 91. | Rea Montiel | 253 |
| C. | 92. | Crystal Moreno | 256 |
| C. | 93. | Melissa Neri | 259 |
| C. | 94. | Edith May Ogletree | 262 |
| C. | 95. | Olympia Olguin | 264 |
| C. | 96. | Sofia Olivas | 266 |
| C. | 97. | Marissa Orozco | 268 |
| C. | 98. | Florestine Owens | 271 |
| C. | 99. | Amanda Park | 274 |
| C. | 100. | William Peterson | 276 |
| C. | 101. | Fredrika Phillips | 279 |
| C. | 102. | Selenia Ramirez | 281 |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

| EXHIBIT NO. | DEC. NO. | DECLARANT | PAGE |
|---|---|---|---|
| C. | 103. | Carlos Rangel | 284 |
| C. | 104. | Maurice Rasheed | 287 |
| C. | 105. | Shardesia Reese | 290 |
| C. | 106. | Candelaria Rivera | 292 |
| C. | 107. | Petronilo Gutierrez Rodriguez | 295 |
| C. | 108. | Jeanette Rogers | 298 |
| C. | 109. | Anayeli Romero | 301 |
| C. | 110. | Charlotte Rosales | 304 |
| C. | 111. | Alfonso Rosas | 306 |
| C. | 112. | Philippe Eric Rosenthal | 308 |
| C. | 113. | Michele Rozier | 310 |
| C. | 114. | Kendra Russell | 312 |
| C. | 115. | Mark Ryder | 315 |
| C. | 116. | Nicole Salazar | 318 |
| C. | 117. | Stanley Santos | 320 |
| C. | 118. | Irvin Clifton Shannon | 323 |
| C. | 119. | Carol Sharp | 326 |
| C. | 120. | Deborah Sherman | 328 |
| C. | 121. | Staci Sobocinski | 331 |
| C. | 122. | Kayla Spencer | 334 |
| C. | 123. | Marty Jamal Springfield | 337 |
| C. | 124. | Virginia Standridge | 340 |
| C. | 125. | Diana Stokes | 343 |
| C. | 126. | Sarah Sullivan | 346 |
| C. | 127. | Michelle Thomas | 348 |
| C. | 128. | Natalie Torres | 351 |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067


| EXHIBIT NO. | DEC. NO. | DECLARANT | PAGE |
|---|---|---|---|
| C. | 129. | Sherrie Turner | 354 |
| C. | 130. | Olga Valdez | 357 |
| C. | 131. | Patrice Veneziano | 360 |
| C. | 132. | Henderson Vernika | 362 |
| C. | 133. | Bianca Wallace | 365 |
| C. | 134. | Camari Williams | 367 |
| C. | 135. | James Woods | 369 |


Dated: August 16, 2010

Respectfully submitted,

Initiative Legal Group APC

By: /S/ MIRIAM L. SCHIMMEL

Marc Primo
Miriam L. Schimmel
Payam Shahian
Sue J. Kim

Attorneys for Plaintiff Joshua Munoz